UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL WHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 16 CV 3861 |
| v. | ) | |
| | ) | Judge: Mary M. Rowland |
| PETER PIAZZA, Deputy Director of the Department of Police, Illinois Secretary of State, in his individual and official capacities; SYDNEY ROBERTS, Director of the Department of Police, Illinois Secretary of State, in her individual and official capacities; DONNELLE GRYGIEL, Captain of the Department of Police, Illinois Secretary of State, in her individual and official capacities; and ELMER GARZA, Lieutenant of the Department of Police, Illinois Secretary of State, in his individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Mag. Judge: Susan E. Cox |
| Defendants. | ) | |

## AGREED MOTION TO REINSTATE

NOW COME the Plaintiff, Paul Wheeler, by one of his attorneys, Laura L. Scarry of DeANO & SCARRY, LLC, and respectfully requests that the Court reinstate this matter. In support thereof, Plaintiff states as follows:

1. The parties engaged in a settlement conference before the Honorable Magistrate Judge Susan E. Cox on June 12, 2020. While the conference yielded fruitful discussions, this litigation remained unresolved.

2. On June 18, 2020 the parties settled the matter on ***monetary terms*** only.

3. The parties are currently finalizing the settlement agreement.

4. On July 7, 2020, this Court entered an order dismissing this case without prejudice but granting the parties with leave to reinstate the case before August 20, 2020.

5.  Plaintiff seeks leave to reinstate this case for the purpose of retaining jurisdiction until the parties report that settlement is finalized.

6.  No party will be prejudiced by the granting of this motion. On the other hand, by denying this motion, Plaintiff will be prejudiced.

7.  Plaintiff contacted counsel for the Defendants and she has no objection to this motion.

**WHEREFORE**, Plaintiff, PAUL WHEELER, respectfully requests that this Honorable Court grant his motion and enter an order reinstating this case.

Respectfully submitted,

DeANO & SCARRY

By:   s/*Laura L. Scarry*
      One of Plaintiff's Attorneys

Laura L. Scarry
DeANO & SCARRY, LLC
53 W. Jackson Blvd.
Suite 1610
Chicago, IL 60604
(630) 690-2800